IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANTHONY STUCCHIO and | : | CIVIL ACTION |
| VICTORIA STUCCHIO | : | |
| | : | |
| v. | : | |
| | : | |
| ALLSTATE PROPERTY & | : | No. 11-7068 |
| CASUALTY INSURANCE COMPANY | : | No. 12-20 |

## ORDER

      AND NOW, this 4th day of April, 2012, upon consideration of the Complaints and Notices of Removal (No. 11-7068, paper no. 1; No. 12-20, paper no. 1), the Stucchio Motion to Remand (No. 12-20, paper no. 4), the Allstate Response thereto (No. 12-20, paper no. 6), the Allstate Motion to Consolidate (No. 11-7068, paper no. 6), and the Stucchio Response thereto (No. 11-7068, paper no. 7), for the reasons stated in the memorandum of today's date, it is **ORDERED** that:

      1. The Motion to Remand (No. 12-20, paper no. 4) is **GRANTED**; *Stucchio v. Allstate Property & Casualty Insurance Co.*, No. 12-20 ("*Stucchio II*") is **REMANDED** to the Philadelphia County Court of Common Pleas.

      2. The Motion to Consolidate (No. 11-7068, paper no. 6) is **DENIED**.

      3. Proceedings in *Stucchio v. Allstate Property & Casualty Insurance Co.*, No. 11-7068 ("*Stucchio I*") are **STAYED** in the interest of the administration of justice pending resolution of *Stucchio II* in the Court of Common Pleas. Counsel for plaintiffs shall inform the court of the final disposition of *Stucchio II* so that *Stucchio I* may proceed and a scheduling order may be issued.

                                                     /s/ Norma L. Shapiro

                                                                              J.